## Dustin L. CARWILE, Plaintiff—Appellant,

### v.

Mrs. COMPTON, Personal Property Officer; Captain Janeway; Stan K. Young, Warden, Wallens Ridge; Gene Johnson, Deputy Director of Virginia Prisons; Vince Bobrosky; Janice T. Dow; Louis B. Cei; James M. Sisk; Pru Stasikewich, Defendants—Appellees.

### No. 04–7176.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 7, 2004.

Decided Oct. 15, 2004.

Dustin L. Carwile, Appellant pro se. Susan Foster Barr, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Dustin L. Carwile appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Carwile v. Compton,* No. CA–03–154–2 (E.D.Va. June 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*